IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY MITCHELL, #228574, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05-CV-89-MHT |
| | )   [WO] |
| | ) |
| OFFICER ROWE, et al., | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

The Magistrate Judge filed a Recommendation (Doc. # 21) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that

1. The Recommendation is ADOPTED;

2. The Plaintiff's complaint is DISMISSED without prejudice due to his abandonment of his claim.

DONE this 9th day of July, 2007.

　　　　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE